

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-17-00190-CV

| | | |
|---|---|---|
| Jennifer Lane | § | From the 16th District Court |
| | § | of Denton County (16-04838-16) |
| v. | | |
| | § | February 15, 2018 |
| Christine H. Phares | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant Jennifer Lane pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
    Justice Mark T. Pittman